UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-21395 |
| | ) | |
| Gerome P. Calara and Rhodora Calara, | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### ORDER GRANTING AMERICAN AIRLINES FEDERAL CREDIT UNION'S AMENDED MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter comes before the Honorable Janet S. Baer, Bankruptcy Judge for the Northern District of Illinois, Eastern Division for hearing on Creditor American Airlines Federal Credit Union's Amended Motion for Relief from the Automatic Stay. Due notice having been served upon all parties in interest, the Court having jurisdiction and being fully advised of the premises finds:

NOW THEREFORE, IT IS HEREBY ORDERED that the Motion is granted in all respects and American Airlines Federal Credit Union is granted relief from the automatic stay pursuant to 11 U.S.C. § 362. American Airlines Federal Credit Union may apply the $6,740.92 in Mr. Calara's share account to his indebtedness on his line of credit. American Airlines Federal Credit Union is ordered to file an amended proof of claim reflecting the new amount of its claim within 14 days of this order.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: October 25, 2019

**Prepared by:**

Sandy L. Morris
Valentine Austriaco & Bueschel, P.C.
105 W. Adams Street, 35th Floor
Chicago, IL 60603