# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Gerome and Rhodora Calara, | ) | Case No. 19-21395 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

## NOTICE OF MOTION

TO:  Office of Glenn Stearns, Chapter 13 Trustee, *via electronic court notice*
     See attached service list

YOU ARE HEREBY NOTIFIED that on September 3, 2021 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Baer, or any Judge sitting in her stead and present the Motion to Modify Plan, a copy of which is hereby attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Motion to be served on the Trustee via Electronic Court Notice and on the Debtor(s) and the remaining person(s) and/or firm(s) on the attached Service List via first class US Mail, proper postage prepaid on the August 13, 2021.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Gerome and Rhodora Calara, | ) | Case No. 19-21395 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

**MOTION TO MODIFY PLAN POST CONFIRMATION**

NOW COMES the Debtor(s), Gerome and Rhodora Calara, by and through their attorneys, Cutler & Associates, Ltd., and in support of their Motion to Modify Plan Post-Confirmation, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on May 9, 2019 and his Plan was confirmed on July 30, 2019.

3. The Debtors confirmation order provides for a plan payments of $890 for 24 months, $1,167 for 4 months, $1,725 for 6 months and $3,975 for the remaining 26 months with unsecured creditors receiving 100% of their unsecured claims.

4. The Debtors were the owners of Honda Civic that was identified as a 2015 Honda Civic on the Debtors' Schedules. The Debtors actually owned a 2010 Honda Civic.

5. The Debtors are indebted to American Airlines Federal Credit Union for loans that included the Honda Civic and other unsecured loans.

6. AAFCU filed a claim in this case and listed a 2008 Honda Civic as collateral. The Debtors have no such vehicle. Based on discussions with the attorney for AAFCU, this was

apparently an error in the Proof of Claim and was intended to list the Debtors' 2010 Honda Civic.

7. AAFCU alleges that its unsecured loans owed by the Debtors are cross-collateralized with the vehicle.

8. Pursuant to the confirmed plan, the Debtor was to make payments directly to AAFCU for the vehicle.

9. The Debtor made the required payments to AAFCU and believed he made the payments nearly sufficient to pay off the claim of AAFCU on the vehicle. The Debtor contacted AAFCU and received a payoff from AAFCU showing a small amount left (approximately $800) on the loan for the vehicle.

10. Using the payoff he received from AAFCU, the Debtor traded in a vehicle with a dealership for the purchase of a vehicle by his son.

11. AAFCU has now objected to the trade in and the parties have negotiated the matter and propose to modify the plan as follows:

   a. The Debtors' plan would be modified to provide AAFCU with a secured claim in the amount of $5,401.61, the balance of the remaining loans owed to AAFCU with AAFCU's attorney fees in the amount of $2,481.00 for costs of collection in this matter; and

   b. The Debtors would be granted permission to retroactively trade in the 2010 Honda Civic.

12. That said modification would still result in all unsecured creditors receiving 100% of their allowed claims.

WHEREFORE, the Debtor(s), Gerome and Rhodora Calara, pray for the following relief:

A. That this Court enter an order modifying the Debtor's Plan to provide AAFCU with a secured claim in the amount of $5,401.61, the balance of the remaining loans owed to AAFCU with AAFCU's attorney fees in the amount of $2,481.00 for costs of collection in this matter; and

B. For such other and further relief that this Court may deem equitable and just.

Respectfully Submitted,

Dated: August 13, 2021

By: /s/ David H. Cutler
One of the attorneys for the Debtor(s)

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600